UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BASHIRU GANIYU,

                Plaintiff,

-against-

ANTHONY LOPEZ; LETITIA JAMES, Attorney General NYC; SCOTT M. LEKAN Commissioner (OSC); MARK J.F. SCHROEDER, Commissioner DMV; NYC DEPT SOCIAL SERVICE; CHILD SUPPORT DIVISION,

                Defendants.

1:19-CV-11605 (LLS)

CIVIL JUDGMENT

    Pursuant to the order issued March 25, 2020, dismissing this action,

    IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed. The Court dismisses Plaintiff's claims challenging the validity or enforcement of a state-court order that determined that Plaintiff owes child support. The Court does so because it either lacks subject-matter jurisdiction under the *Rooker-Feldman* doctrine or, alternatively, because it abstains from exercising its federal-question jurisdiction under the domestic-relations abstention doctrine. The Court dismisses the remainder of Plaintiff's claims for failure to state a claim on which relief may be granted.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   May 26, 2020
          New York, New York

                                                      Louis L. Stanton
                                                          U.S.D.J.